Curtis V. Trinko (CT-1838)
Jeffrey B. Silverstein (JS-4818)
Wai K. Chan (WC-0743)
LAW OFFICES OF CURTIS V. TRINKO LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES JR. PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1649
Tel: (412) 391-5164
Fax: (412) 471-1033

Attorneys for Claimants Bruce Cress et al. (Proofs of Claim Nos. 11338 and 11339)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

───────────────────────────────

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **NORTHWEST AIRLINES** | ) | Case No. 05-17930 (ALG) |
| **CORPORATION, et al.** | ) |  |
|  | ) | Jointly Administered |
| **Debtors.** | ) |  |

───────────────────────────────

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Bruce W. Cress, Peter Ochabauer, Walter Boulden, Mark A. Knudsen, Christopher J. Parkyn, Amanda R. Ochabauer, and Bernard C. Larkin (the "Cress Claimants") hereby appeal to the United States District Court for the Southern District of New York from the Order in the above-captioned case, dated May 10, 2007, granting Debtors' Motion to Disallow and Expunge Claims Numbered 11338 and 11339 filed by the

Cress Claimants for the reasons set forth in the Court's Memorandum of Opinion dated May 1, 2007.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. Appellants

    Bruce W. Cress, Peter Ochabauer, Walter Boulden, Mark A. Knudsen, Christopher J. Parkyn, Amanda R. Ochabauer, and Bernard C. Larkin

    Counsel for Appellants

    LAW OFFICES OF CURTIS V. TRINKO LLP
    Curtis V. Trinko
    Jeffrey B. Silverstein
    Wai K. Chan
    16 West 46th Street, 7th Floor
    New York, New York 10036
    Telephone:    (212) 490-9550
    Facsimile:    (212) 986-0158

    LAW OFFICE OF ALFRED G. YATES JR. PC
    Alfred G. Yates, Jr.
    Gerald L. Rutledge
    519 Allegheny Building
    429 Forbes Avenue
    Pittsburgh, PA  15219-1649
    Telephone:    (412) 391-5164
    Facsimile:    (412) 471-1033

2. Appellees (Debtors)

    Northwest Airlines Corporation; NWA Fuel Services Corporation; Northwest Airlines Holdings Corporation; NWA Inc.; Northwest Aerospace Training Corp.; Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc.; NWA Retail Sales Inc.; Montana Enterprises, Inc.; NW Red Baron LLC; Aircraft Foreign Sales, Inc.; NWA Worldclub, Inc.; MLT Inc.; and NWA Aircraft Finance, Inc.

    Counsel for Appellees

CADWALADER, WICKERSHAM & TAFT LLP
Bruce R. Zirinsky
Gregory M. Petrick
One World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:     (212) 504-6666

CADWALADER, WICKERSHAM & TAFT LLP
Mark C. Ellenberg
1201 F Street N.W., Suite 1100
Washington, D.C. 20004
New York, New York 10281
Telephone:     (212) 862-2200
Facsimile:     (212) 862-2400


Dated: New York, New York
       May 25, 2007

/s/ Curtis V. Trinko
Curtis V. Trinko (CT-1838)
Jeffrey B. Silverstein (JS-4818)
Wai K. Chan (WC-0743)
LAW OFFICES OF CURTIS V. TRINKO LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel:   (212) 490-9550
Fax:   (212) 986-0158
e-mail: ctrinko@trinko.com
        jsilverstein@trinko.com
        kchan@trinko.com

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES JR. PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1649
Tel:   (412) 391-5164
Fax:   (412) 471-1033
e-mail: yateslaw@aol.com

## CERTIFICATE OF SERVICE

  I, Wai K. Chan, hereby certify that true and correct copies of the foregoing Notice of Appeal was served upon the following attorneys by means of postage pre-paid first class mail through the U.S. Mail System and by Electronic Mail:

Gregory M. Petrick, Esq.
Bruce R. Zirinsky, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Ph: (212) 504-6000
Fax: (212) 504-6666

-and-

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
1201 F Street N.W., Suite 1100
Washington, D.C. 20004
Tel: (202) 862-2200
Fax:(202) 862-2400

**Attorneys For Debtors**

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES JR., PC
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1649
Tel: (412) 391-5164
Fax: (412) 471-1033
email: yateslaw@aol.com

**Attorneys for Claimants**

Dated: May 25, 2007

                           /s/Wai K. Chan