Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
CADWALADER, WICKERSHAM & TAFT LLP
Attorneys for the Reorganized Debtors
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **NORTHWEST AIRLINES CORPORATION, et al.,** | : **Case No. 05-17930 (ALG)** |
| | : |
| Debtors. | : **Jointly Administered** |

---------------------------------------------------------------x

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee Northwest Airlines Corporation ("NWA Corp.") and certain of its direct and indirect subsidiaries, that were debtors and debtors in possession (the "Reorganized Debtors"),[1]

---

[1] In addition to NWA Corp., the Reorganized Debtors consist of: NWA Fuel Services Corporation ("NFS"), Northwest Aerospace Training Corp. ("NATCO"), Northwest Airlines, Inc. ("Northwest Airlines"), MLT Inc. ("MLT"), Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc. ("Compass"), NWA Retail Sales Inc. ("NWA Retail"), Montana Enterprises, Inc. ("Montana"), NW Red Baron LLC ("Red Baron"), Aircraft Foreign Sales, Inc. ("Foreign Sales") NWA Worldclub, Inc. ("WorldClub") and NWA Aircraft Finance, Inc. ("Aircraft Finance"). The preceding entities, together with Northwest Airlines Holdings Corporation and NWA Inc., were the debtors and debtors in possession (the "Debtors") in these cases prior to May 31, 2007, the Effective Date of the Debtors' First

respectfully submit this Designation of Additional Items to Be Included In Record On Appeal in connection with the appeal of Bruce W. Cress, Peter Ochabauer, Walter Boulden, Mark A. Knudsen, Christopher J. Parkyn, Amanda R. Ochabauer, and Bernard C. Larkin (the "Cress Claimants") from the Order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") dated May 10, 2007, granting Debtors' Motion to Disallow and Expunge Claims Numbered 11338 and 11339 (Docket No. 6809).

## DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL

Appellees hereby designate the following additional items to be included in the record on appeal:

1. Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated as of February 15, 2007 (Docket No. 4901).

2. Disclosure Statement With Respect to Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated as of March 30, 2007 (Docket No. 5742).

3. Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. § 1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 6944).

4. Amended Stipulation and Order Pursuant to Section 502 of the Bankruptcy Code and Rules 3007 and 9019 of the Federal Rules of Bankruptcy

---

Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as amended and supplemented, the "Plan"). On the Effective Date, Northwest Airlines Holdings Corporation merged into NWA Inc. and thereafter, NWA Inc. merged into Northwest Airlines and went out of existence.

Procedure Resolving the Claims of the Pension Benefit Guaranty Corporation, dated February 5, 2007 (Docket No. 4726).

     5.    Stipulation and Order Pursuant to Section 502 of the Bankruptcy Code and Rules 3007 and 9019 of the Federal Rules of Bankruptcy Procedure Resolving the Claims of Fiduciary Counselors, Inc., dated April 27, 2007 (Docket No. 6466).

Dated:   New York, New York
           June 13, 2007

                                CADWALADER, WICKERSHAM & TAFT LLP

                                */s/ Gregory M. Petrick*
                                Bruce R. Zirinsky (BZ 2990)
                                Gregory M. Petrick (GP 2175)
                                One World Financial Center
                                New York, New York  10281
                                Telephone:  (212) 504-6000
                                Facsimile:  (212) 504-6666

                                - and -

                                Mark C. Ellenberg (ME 6927)
                                1201 F Street N.W., Suite 1100
                                Washington, DC  20004
                                Telephone:  (202) 862-2200
                                Facsimile:  (202) 862-2400

                                Attorneys for the Reorganized Debtors