**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NORTHWEST AIRLINES CORPORATION, <u>et</u> <u>al.</u>,** | **Case No. 05-17930 (ALG)** |
| **Debtors.** | **Jointly Administered** |
| **BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,** | |
| **Appellants,** | **Case No. 07-cv-05658 (JGK)** |
| **-against-** | <u>**NOTICE OF MOTION**</u> |
| **NORTHWEST AIRLINES CORPORATION, <u>et</u> <u>al.</u>,** | |
| **Appellees.** | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated March 21, 2008, the Declaration of Nathan A. Haynes, dated March 21, 2008, and all pleadings and proceedings herein, Appellee hereby respectfully moves for entry of an order pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure, at a date and time to be determined by this Court, to dismiss the appeal for failure to timely file Appellants' brief.

[Remainder of page intentionally blank]

Dated:    New York, New York
           March 21, 2008

                        CADWALADER, WICKERSHAM & TAFT LLP


                        */s/ Nathan A. Haynes*_____
                        Bruce R. Zirinsky (BZ 2990)
                        Gregory M. Petrick (GP 2175)
                        Nathan A. Haynes (NH 4955)
                        One World Financial Center
                        New York, New York  10281
                        Telephone:  (212) 504-6000
                        Facsimile:  (212) 504-6666

                        - and -

                        Mark C. Ellenberg (ME 6927)*
                        1201 F Street N.W., Suite 1100
                        Washington, DC  20004
                        Telephone:  (202) 862-2200
                        Facsimile:  (202) 862-2400

                        Attorneys for Appellee

                        * *Pro hac vice* admission pending