# **<u>EXHIBIT A</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                          :   Chapter 11

NORTHWEST AIRLINES CORPORATION, et al.,         :   Case No. 05-17930 (ALG)

                           Debtors.             :   Jointly Administered
------------------------------------------------------------------x

                                                    AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ROSS MATRAY, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed by Bankruptcy Services LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.  On June 13, 2007, I caused to be served true and correct copies of the "Appellees' Designation of Additional Items to be Included in Record on Appeal", [Docket No. 7209], dated June 13, 2007, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "A", by overnight mail to those parties listed on the annexed Exhibit "B", and by electronic mail to those parties listed on the annexed Exhibit "C".

3.  All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Ross Matray
                                                    Ross Matray

Sworn to before me this
15th day of June, 2007

/s/ Mariah Dubin
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 20__

G:\rmatray\NWA\Counter Designation_Aff 6-13-07.doc

**EXHIBIT "A"**

## NWA CNTR DES 6/13/2007 CreditorListing

| Name | Address |
|---|---|
| AIRBUS FINANCE COMPANY LIMITED | JAMES COTTLE / MANAGING DIRECTOR 5TH FLOOR, 6 GEORGE"S DOCK, INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| AIRCRAFT TECHNICAL SUPPORT ASSOCIATION | SECRETARY TREASURER PO BOX 11617 SAINT PAUL,MN 55111 |
| ATTORNEY FOR THE CITY OF ALBUQUERQUE | JAMES P. FITZGERALD ASSISTANT CITY ATTORNEY 1-CIVIL PLAZA, 4TH FLOOR P.O. BOX 9948 ALBUQUERQUE,NM 87119-1048 |
| ATTORNEY FOR THE CITY OF ALBUQUERQUE | REBECCA E. WARDLAW ASSISTANT CITY ATTORNEY 1-CIVIL PLAZA, 4TH FLOOR P.O. BOX 2248 ALBUQUERQUE,NM 87103 |
| BROAD AND CASSEL | ATTORNEYS FOR GREATER ORLANDO AVIATION AUTHORITY 390 NORTH ORANGE AVENUE, SUITE 1100 ATTN: ROY S. KOBERT, P.A. ORLANDO,FL 32801 |
| CAPTAIN MARK MCCLAIN | AIRLINE PILOTS ASSOCIATION 7900 INTERNATIONAL DRIVE. SUITE 875 BLOOMINGTON,MN 55425 |
| CHRISTOPHER O'BRIEN | NEW YORK STATE DEPT. OF TAXATION & FINANCE OFFICE OF COUNSEL BLDG 9, ROOM 100 W.A. HARRIMAN CAMPUS ALBANY,NY 12227 UNITED STATES |
| CITY AND COUNTY OF DENVER COLORADO | LAND USE AND REVENUE 201 WEST COLFAX DEPARTMENT 1207 ATTN: EUGENE J. KOTTENSTETTE, ESQ. LAURIE J. HEYDMAN, ESQ. DENVER,CO 80202 |
| CREDIT INDUSTRIEL ET COMMERCIAL | 4 RUE GAILLON XAVIER CONTARD / ALEXANDRE VAILLANT 75107 PARIS CEDEX 02, FRANCE |
| DAVIS & GILBERT LLP | ATTORNEYS FOR OGILVY & MATHER ATTN: JOSEPH CIOFFI, ESQ. MILES BAUM, ESQ. 1740 BROADWAY NEW YORK,NY 10019 |
| DEPARTMENT OF JUSTICE | ROBERT F. KENNEDY BUILDING 950 PENNSYLVANIA AVE. NW WASHINGTON,DC 20530-2000 |
| EXCEL ENERGY | P.O. BOX 9477 MINNEAPOLIS,MN 55484 |
| FEDERAL AVIATION ADMINISTRATION | OFFICE OF REGIONAL COUNSEL PO BOX 20636 ATLANTA,GA 30320 |
| FEDERAL AVIATION ADMINISTRATION | 3811 S. UNIVERSITY AVE FAIRBANKS,AK 99709 |
| FEDERAL AVIATION ADMINISTRATION | FEDERAL AVIATION ADMINISTRATION NATL AERONAUTICAL CHARTING OFFC 10201 GOODLUCK ROAD GLENN DALE,MD 20769-9700 |
| FEDERAL AVIATION ADMINISTRATION | OFFICE OF ACCOUNTING ACE-7 901 LOCUST ROOM 506 KANSAS CITY,MO 64106 |
| FEDERAL AVIATION ADMINISTRATION | NORTHWEST MOUNTAIN REGION 1601 LIND AVE SW RENTON,WA 98055 |
| FEDERAL AVIATION ADMINISTRATION | MIKE MONRONEY AERONAUTICAL CTR AEROSPACE MED CERT DIV AAM-300 PO BOX 25082 OKLAHOMA CITY,OK 73125 |
| FINOVA CAPITAL CORPORATION | ATTN: PAMELA HART 4800 NORTH SCOTTSDALE ROAD MS 4W75 SCOTTSDALE,AZ 85251-7623 |
| FIRST WESTERN BANK & TRUST | 900 SOUTH BROADWAY ATTN: ROLAND CAMPBELL MINOT,ND 58701 |
| GALILEO | GALILEO INTERNATIONAL, A CENDANT CO ATTN: STEVEN DIFFLEY, GROUP VP - SUPPLIER SERVICES 9700 W. HIGGINS ROAD ROSEMONT,IL 60018 |
| HAWKER PACIFIC AEROSPACE | 11230 SHERMAN WAY ATTN: DENNIS JACOBS SUN VALLEY,CA 91352-4942 |
| HERRON JACOBS ORTIZ, P.A. | ATTORNEYS FOR AERO THRUST CORP ATN: ANDREW R HERRON 1401 BRICKELL AVE SUITE 825 MIAMI,FL 33131 |
| INT"L ASSOC OF MACHINISTS & | AEROSPACE WORKERS INTERNATIONAL ASSOC OF MACHINISTS & AEROSPACE WORKERS 9000 MACHINISTS PLACE UPPER MARLBORO,MD 20772-2687 |
| INT"L ASSOC OF MACHINISTS & AEROSPACE WKRS | 2610 LEXINGTON AVE. S. ST. PAUL,MN 55120-1260 |
| INTERNAL REVENUE SERVICE | 290 BROADWAY NEW YORK,NY 10007 |
| INTERNATIONAL BROTHER OF TEAMSTERS | 25 LOUISIANA AVE, NW ATTN: DON TREICHLER AIRLINE DIVISION DIRECTOR WASHINGTON,DC 20001 |
| LAGUARDIA AIRPORT | HANGAR 7 ATTN: MICHAEL FERRIGNO FLUSHING,NY 11371 |
| LEE SEHAM | SEHAM, SEHAM MELTZ & PETERSON 445 HAMILTON AVE. 12TH FLOOR WHITE PLAINS,NY 10601 |
| MESABA AVIATION INC. | 1000 BLUE GENTIAN RD. SUITE 200 EAGAN,MN 55121 |
| MICHAEL ABRAM | COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET 25TH FLOOR NEW YORK,NY 10036-6976 UNITED STATES |
| Mr. Jim Krause | Director Hospitality Accounting Archon Group, L.P. 600 E. Colinas Blvd.-Suite 400 Irving,TX 75039 |
| OFFICE OF THE GENERAL COUNSEL | PENSION BENEFIT GUARANTY CORPORATION 1200 K ST., N.W., SUITE 340 WASHINGTON,DC 20005 |
| PENSION BENEFIT GUARANTY CORPORATION | 1200 K STREET, NW GENERAL COUNSEL WASHINGTON,DC 20005-4026 |
| REED SMITH LLP | ATTYS FOR US BANK NA & US BANK NA ND 599 LEXINGTON AVENUE 29TH FLOOR ATTN:ZACHARY M. HARRISON NEW YORK,NY 10022 |
| SEYFARTH SHAW LLP | 131 S DEARBORN ST CHICAGO,IL 60603-5517 |
| SUSAN R. FUERTES | ATTYS FOR ALDINE INDEPENDENT SCHOOL DISTRICT 14910 ALDINE-WESTFIELD ROAD HOUSTON,TX 77032 UNITED STATES |
| THE ROYAL BANK OF SCOTLAND, PLC, NY BRANCH | 101 PARK AVENUE ATTN: COLIN BICKLE MICHAEL FABIANO NEW YORK,NY 10178 |
| TQ3NAVIGANT | 84 INVERNESS CIRCLE EAST ATTN: ROBERT GRIFFITH, CFO ENGLEWOOD,CO 80112 |
| TRANSPORT COMMUNICATIONS UNION (CANADA) | 3 RESEARCH PLACE ROCKVILLE,MD 20850 |
| TRANSPORT WORKERS UNION OF AMERICA | SECRETARY TREASURER 1700 BROADWAY 2ND FL NEW YORK,NY 10019 |
| TYDINGS & ROSENBERG LLP | ATTORNEYS FOR AIR CARGO, INC. 100 EAST PRATT STREET - 26TH FLOOR ATTN: HAROLD M. WALTER, ESQ. BALTIMORE,MD 21202 |
| UNITED STATES ATTORNEY | ONE ST. ANDREWS PLAZA ATTN: MICHAEL J. GARCIA NEW YORK,NY 10007 |
| UNITED STATES TRUSTEE | 33 WHITEHALL STREET, 21ST FLOOR ATTN: BRIAN MASUMOTO, ESQ. NEW YORK,NY 10004 |
| WARNER STEVENS, L.L.P. | ATTORNEYS FOR ELECTRONIC DATA SYSTEMS CORPORATION AND LSG SKY CHEFS, INC. 301 COMMERCE STREET - SUITE 1700 ATTN: MICHAEL D. WARNER, ESQ. FORT WORTH,TX 76102 |
| WAYNE COUNTY AIRPORT AUTHORITY | DETROIT METROPOLITAN AIRPORT L C SMITH TERMINAL -- MEZZANINE LEVEL ATTN: LESTER ROBINSON, CHIEF EXECUTIVE OFFICER DETROIT,MI 42824 |
| Wilson Elser Moskowitz Edelman & Dicker LLP | ATTORNEYS FOR AIR CHINA ATTN: GEORGE N TOMPKINS/GREGORY W BUHLER 150 EAST 42ND STREET NEW YORK,NY 10017 |

Total Records Printed: 47

**EXHIBIT "B"**

Curtis V. Trinko, Esq.
Jeffrey B. Silverstein, Esq.
Kinny W. Chan, Esq
16 West 46 Street, 7th Fl
NY, NY 10036
Attn:   Bruce W. Cress
        Peter Ochabauer
     Walter Boulden
     Mark A. Knudsen
     Christopher J. Parkyn
     Amanda R. Ochubauer
  Bernard C. Larkin


Fidicuiary Counselors Inc.
Attn: Neil Hennessy
700 12th Street NW, Suite 700
Washington, DC 20005


Steptoe & Johnson LLP
Attn: Joshua R. Taylor, Esq.
1330 Connecticut Ave., NW
Washington, DC 20036

**EXHIBIT "C"**

Northwest Airlines, Inc. Email Service List

Bruce.Zirinsky@cwt.com
Mark.Ellenberg@cwt.com
michael.miller@nwa.com
sreisman@cm-p.com
dwjessop@jessopco.com
jbfletcher@jessopco.com
kecass@jessopco.com
amy.brown@sfgov.org
gdiconza@dlawpc.com
dallas.bankruptcy@publicans.com
vdagostino@lowenstein.com
donald.smith@usbank.com
arlbank@pbfcm.com
rhiersteiner@eapdlaw.com
jdarcey@eapdlaw.com
jwhitlock@eapdlaw.com
azuccarello@eapdlaw.com
jgroves@eapdlaw.com
Henry.Efroymson@icemiller.com
Ben.Caughey@icemiller.com
jlevi@toddlevi.com
slorber@seyfarth.com
etrybantelser@cityofchicago.org
dpezanoski@cityofchicago.org
amcausland@cityofchicago.org
asherman@sillscummis.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
dweitman@hughesluce.com
dmorenoff@hughesluce.com
tsimonson@varde.com
jcarr@kelleydrye.com
rdaversa@mayerbrown.com
ashaffer@mayerbrownrowe.com
david.stack@abnamro.com
creimer@mayerbrownrowe.com
wrochelle@fulbright.com
drosenzweig@fulbright.com
shedberg@perkinscoie.com
dmacbain@perkinscoie.com
bjennings@perkinscoie.com
marilyn.d.sloan@boeing.com
andrew.schreer@boeing.com
szuber@pitneyhardin.com
chulman@hhlaw.com
rmunsch@munsch.com
jong@munsch.com
houston_bankruptcy@publicans.com
houston_bankruptcy@publicans.com
hsnovikoff@wlrk.com
lmcgowen@orrick.com
aenglund@orrick.com
tod_angus@westlb.com
leslie.shigaki@airbus.com
lee.marable@diadenver.net
gdiconza@dlawpc.com
jselcov@panynj.gov
kcollins@panynj.gov
scousins@armstrongteasdale.com
jsant@armstrongteasdale.com
solsen@armstrongteasdale.com
lunterman@kurzman.com

cpalella@kurzman.com
leo.crowley@pillsburylaw.com
margot.erlich@pillsburylaw.com
rkanowitz@kronishlieb.com
dmposner@hhlaw.com
wopdyke@sheppardmullin.com
dmccarty@sheppardmullin.com
rbrunette@sheppardmullin.com
mkurth@sheppardmullin.com
kmathews@sheppardmullin.com
dmposner@hhlaw.com
vfp@saiber.com
crr@saiber.com
mgoldman@bakerlaw.com
jhutchinson@bakerlaw.com
fatell@blankrome.com
ipalermo@hselaw.com
jkatchadurian@bsillc.com
klee@diamondmccarthy.com
cjohnson@diamondmccarthy.com
Kathleen.schneider@championair.com
eschaffer@reedsmith.com
memamzadeh@reedsmith.com
mgburke@sidley.com
rseltzer@cwsny.com
tciantra@cwsny.com
rengel@armstrongteasdale.com
solsen@armstrongteasdale.com
blemoine@armstrongteasdale.com
lunterman@kurzman.com
cpalella@kurzman.com
JHH@stevenslee.com
slevine@lowenstein.com
smeyer@oppenheimer.com
dagalle@oppenheimer.com
connie.lahn@fmjlaw.com
lara.glaesman@fmjlaw.com
twanders@mspmac.org
mstewart@faegre.com
zharrison@reedsmith.com
joseph.andersen@usbank.com
isgreene@hhlaw.com
bjgrieco@hhlaw.com
frankvydra@discoverfinancial.com
jbillingsley@hughesluce.com
tdgoldberg@dbh.com
jwcohen@dbh.com
f.scott.wilson@pw.utc.com
Michael.weinstock@quadranglegroup.com
jim.rollins@hklaw.com
Catharine.ennis@rbs.aero
jhamiel@mspmac.org
phunt@nwairlink.com
spanjers_john@mesaba.com
todd.wallace@sabre.com
ddoctor@amadeus.net
larryc@mscaa.com
tmaher@panynj.gov
jim.rollins@hklaw.com
Catharine.ennis@rbs.aero
ssilverstone@ssmplaw.com
tmurphy@ssmplaw.com

Northwest Airlines, Inc. Email Service List

dconnolly@alston.com
wsugden@alston.com
dlipke@vedderprice.com
eprezant@vedderprice.com
lbayles@vedderprice.com
jkaresh@vedderprice.com
tgerber@fulbright.com
dbarrack@fulbright.com
Jeffrey.Chadwick@kattenlaw.com
ssmpls@aol.com
gdiaman@ssmplaw.com
spetersen@ssmplaw.com
david.kopolow@usbank.com
Mark.fucci@bingham.com
renee.dailey@bingham.com
barbara.mills@worldtravel.com
jaffe@jetraninternational.com
pozza@jetraninternational.com
wsmith@mwe.com
wdelaney@tllaw.com
ckm@greensfelder.com
jpb@greensfelder.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
nobankecf@lockeliddell.com
jbingham@dgdk.com
dgill@dgdk.com
dblevant@stoel.com
Chun.won.yi@quadranglegroup.com
eschaffer@reedsmith.com
memamzadeh@reedsmith.com
Peter.Schelvis@klm.com
david.bachman@pw.utc.com
Ira.Finkelson@cit.com
jostrovsky@crockerkuno.com
howard.thiersch@horizonair.com
mswick@bairdholm.com
nlabovitz@gibsondunn.com
jbasil@gibsondunn.com
kturner@eckertseamans.com
leoscar@hahnlaw.com
askopit@hahnlaw.com
navalentine@hahnlaw.com
ddiaz@hahnlaw.com
kstaplet@loudoun.gov
ldmetzger@mayerbrownrowe.com
dcurry@mayerbrownrowe.com
jkron@mayerbrownrowe.com
jvoorhees@mayerbrownrowe.com
doug.levene@us.pm.com
james.mccrea@us.pm.com
tom.urbach@us.pm.com
marc.bennett@allenovery.com
ken.coleman@allenovery.com
dgill@dgdk.com
jbingham@dgdk.com
adeleest@dgdk.com
blobner@san.org
ecahill@san.org
ayala.hassell@eds.com

oconnorwm@bipc.com
fiedleram@bipc.com
delucialt@bipc.com
srivera@chadbourne.com
Ira.Finkelson@cit.com
sstapleton@cowlesthompson.com
ghesse@hunton.com
rmeth@pitneyhardin.com
rmmnybankruptcy@pitneyhardin.com
leoscar@hahnlaw.com
askopit@hahnlaw.com
navalentine@hahnlaw.com
ddiaz@hahnlaw.com
pivanick@llgm.com
lmiller@llgm.com
aweiss@llgm.com
dlipke@vedderprice.com
eprezant@vedderprice.com
lbayles@vedderprice.com
jkaresh@vedderprice.com
jmail@jessopco.com
heglec@saccounty.net
gdiconza@dlawpc.com
bdh@h3gm.com
twulocal543@aol.com
rory.oloughlin@nwa.com
guydmeek@earthlink.net
LMarinuzzi@oshr.com
ahorowitz@buchalter.com
anne.kennelly@hp.com
kathy.escue@hp.com
jwallison@foley.com
dworkman@foley.com
msalzberg@foley.com
finke.charles@pbgc.gov
wilson.garth@pbgc.gov
betro.theresa@pbgc.gov
Philip.Anker@wilmerhale.com
Craig.Goldblatt@wilmerhale.com
Dennis.Jenkins@wilmerhale.com
jdipasquale@brtlawfirm.com
mberman@nixonpeabody.com
lharrington@nixonpeabody.com
wkannel@mintz.com
kwalsh@mintz.com
ihammel@mintz.com
Phyllis.hayes@rmsna.com
kimo@prestongates.com
bankruptcyecf@prestongates.com
vrubinstein@loeb.com
joel@joelherz.com
ashmead@sewkis.com
daniel.fisher@lawdeb.com
plslinn@stoel.com
jcp@pgslaw.com
bef@pgslaw.com

Northwest Airlines, Inc. Email Service List

wsj@mjlegal.com
js@mjlegal.com
Rwhelehan@wcsr.com
tgaa@bbslaw.com
lschwab@bbslaw.com
russb@co.st-louis.mn.us
davida@publicans.com
jonathan.cohen@alpa.org
lbehning@kennedycovington.com
mstewart@faegre.com
jkurtzma@klehr.com
Jim.rollins@hklaw.com
mlmeyer@ravichmeyer.com
wrtansey@ravichmeyer.com
mgreger@allenmatkins.com
Rbeacher@pitneyhardin.com
ajstatman@shselegal.com
jlubertazzi@mccarter.com
mfeldman@willkie.com
rspigel@willkie.com
dsklar@nixonpeabody.com
gmascitti@nixonpeabody.com
jgoldstein@signatureflight.com
pheath@velaw.com
tcrosby@velaw.com
jaoppenheim@earthlink.net
neilo@gucl.com
leslie.shigaki@airbus.com
derek.edwards@wallerlaw.com
cchristensen@lindquist.com
duphoff@lindquist.com
lschwab@bbslaw.com
tgaa@bbslaw.com
bborrus@riddellwilliams.com
jimlangdon@mvalaw.com
lball@milbank.com
hlennox@jonesday.com
gsantamour@wolfblock.com
aonder@wolfblock.com
dmcguire@winston.com
mcohn@winston.com
jkirk@stites.com
drothman@lskdnylaw.com
swatters@riderlaw.com
KLaw@bbslaw.com
ehollander@whitecase.com
skhokhar@whitecase.com
chansen@whitecase.com
bahill@broward.org
djcarragher@dbh.com
mkurzman@shglaw.com
rgraham@whitecase.com
jhayden@whitecase.com
bholman@whitecase.com
jcairns@whitecase.com

rgraham@whitecase.com
skhokar@whitecase.com
rsimon@whitecase.com
azylberberg@whitecase.com
dginsberg@whitecase.com
dmak@whitecase.com
nina.ross@sgcib.com
valerie.breant@sgcib.com
bankruptcy@clm.com
rorenstein@orensteinlaw.net
dmcmillan@orensteinlaw.net
daniel.fisher@lawdeb.com
cohenr@sewkis.com
ashmead@sewkis.com
binder@sewkis.com
drosenzweig@fulbright.com
glenn.reisman@corporate.ge.com
mroseman@cullenanddykman.com
ndee@cullenanddykman.com
Sandra.e.horwitz@us.hsbc.com
daniel.fisher@lawdeb.com
cohenr@sewkis.com
ashmead@sewkis.com
binder@sewkis.com
drosenzweig@fulbright.com
glenn.reisman@corporate.ge.com
Sandra.e.horwitz@us.hsbc.com
lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
sborders@kslaw.com
aedgy@kslaw.com
mark.berkoff@dlapiper.com
marc.fenton@dlapiper.com
ecdolan@hhlaw.com
Eileen.moran@pseg.com
joan.macdonald@pseg.com
William.barbour@pseg.com
rherrman@ima-advisors.com
rmunsch@munsch.com
jong@munsch.com
bkahn@npaklaw.com
dwatts@state.pa.us
peter.zisser@hklaw.com
mlee@contrariancapital.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
vmorrison@wrf.com
dtrache@wrf.com
leo.crowley@pillsburylaw.com
margot.erlich@pillsburylaw.com
leo.crowley@pillsburylaw.com
margot.erlich@pillsburylaw.com
william.bowers@pillsburylaw.com
alaughlin@wrf.com
dtrache@wrf.com
spiotto@chapman.com

Northwest Airlines, Inc. Email Service List

acker@chapman.com
tscobb@vssp.com
tscobb@vssp.com
nhp4@cornell.edu
MDuenas@mmstlaw.com
jacques.leger@watsonwyatt.com
jmurtha@woodburnandwedge.com
jcaceres@baileylawgroup.com
wwassweiler@riderlaw.com
bankruptcy@muni.org
ps@salisburyryan.com
ICNewYork@state.tn.us
wcurchack@loeb.com
gdiconza@dlawpc.com
dwjessop@jessopco.com
jbfletcher@jessopco.com
kecass@jessopco.com
brooksb@ci.billings.mt.us
sbeausoleil-mayer@fulbright.com
william.bowers@pillsburylaw.com
margot.erlich@pillsburylaw.com
Marion.kohrsmeier-hartmann@helaba.de
Astrid.horn@helaba.de
Uwe.scherz@helaba.de
smelnik@eapdlaw.com
axel.zipser@helaba.de
pedelman@kreindler.com
tcrist@szd.com
Bernard.Diederich@dot.gov
Vanessa.Balgobin@ost.dot.gov
deltaconnect@deltadentalmn.org
rob.balachandran@travelocity.com
sstapleton@cowlesthompson.com
jmwerlich@lawa.org
Gary.Franzella@flysfo.com
newyork@sec.gov
guy.a.vanbaalen@usdoj.gov
info@amfa33.org
rory.oloughlin@nwa.com
guydmeek@earthlink.net
duane.woerth@alpa.org
JGuerrieri@geclaw.com
rclayman@geclaw.com
ssilverstone@ssmplaw.com
tmurphy@ssmplaw.com
tciantra@cwsny.com
rseltzer@cwsny.com
ssmpls@aol.com
gdiaman@ssmplaw.com
admin@amfanatl.org
spetersen@ssmplaw.com
marguerite.walsh@airbus.com
valerie.breant@sgcib.com
info@worldspan.com
r4.crco@eurocontrol.int

corpmkg@iai.co.il
commercial@haeco.com
jmwerlich@lawa.org
Gary.Franzella@flysfo.com
agold@herrick.com
mlee@ContrarianCapital.com
drothman@lskdnylaw.com
Jean.Block@arkansasag.gov
notices@condelaw.com
bwallander@velaw.com
tcrosby@velaw.com
bbrennan@law.nyc.gov
jshickich@riddellwilliams.com
djurkiewicz@boselaw.com
Patrick.Brennaman@alpa.org
skhokhar@whitecase.com
jthomson@wcsr.com
paul.oechsli@pw.utc.com
rorenstein@orensteinlaw.net
mkelkar@orensteinlaw.net
pyoung@bassberry.com
pyoung@bassberry.com
kwentz@iret.com
metkin@lowenstein.com
ilevee@lowenstein.com
sschulman@milbergweiss.com
pseidman@milbergweiss.com
rgraham@whitecase.com
jhayden@whitecase.com
bholman@whitecase.com
jcairns@whitecase.com
rgraham@whitecase.com
jhayden@whitecase.com
bholman@whitecase.com
jcairns@whitecase.com
john.monaghan@hklaw.com
amuller@tnsj-law.com
jpierce@mansfieldtanick.com
mhamilton@amph.com
aleinoff@amph.com
harrisjm@michigan.gov
dglosband@goodwinprocter.com
sdg@cwcorgi.com
rsmolev@kayescholer.com
mholl@mayerbrownrowe.com
tgoren@oshr.com
shazan@oshr.com
jwishnew@oshr.com
CSteege@jenner.com
patrick.furrow@jal.com
tabbott@miami-airport.com
mike.upton@faa.gov
bo.peeler@faa.gov
angie.k.lee@faa.gov
mike.hamner@faa.gov
johnstonj@hbdlawyers.com

Northwest Airlines, Inc. Email Service List

saltzmand@hbdlawyers.com
truittb@hbdlawyers.com
jbromley@cgsh.com
mgiugliano@aol.com
jfinnegan@bankofny.com
Keiko.Matsuo@shinseibank.com
Jim.krause@archongroup.com
bgibbon@cgsh.com
Janice.kiraly@lsgskychefs.com
marlies.iida@jpmchase.com
rothk4@bp.com
marlies.iida@jpmchase.com
r.giles@pkair.com
jordan.s.weltman@boeing.com
carine.aujay@safran.fr
mark.olmon@usbank.com
erich.x.franken@aexp.com
susan_flygare@bluecrossmn.com
ssilva@lawa.org
scott.houston@dhs.gov
imuta-t2in@mlit.go.jp
peter.kreindler@honeywell.com
anthony_zolfo@medco.com
rick.pike@lsgskychefs.com
leslie.shigaki@airbus.com
lesley.pool@acs-inc.com
john.decost@sita.aero
lesley.pool@acs-inc.com
kevin.casey@pemcoair.com
spatters@kemperinsurance.com
ira.finkelson@cit.com
tom.henke@medica.com
lester.robinson@wcaa.us
jhamiel@mspmac.org
eharriso@panynj.gov
tmaher@panynj.gov
susan_flygare@bluecrossmn.com
pturtle@usw.ca
nlapointe@usw.ca
mpiche@usw.ca
doris.sewell@pemcoair.com
mark.nogueira@ge.com
bholman@whitecase.com
jcairns@whitecase.com
rsweeter@whitecase.com
jhayden@whitecase.com
tbattistoni@bpbmv.com
aspector@bergersingerman.com
ronen.remetz@ictseurope.com
Maria_Cummings@ssga.com
cmccullough@carlson.com
ncoco@mwe.com
mhughes@mwe.com
hkolko@msek.com
rclayman@geclaw.com
egilmartin@afanet.org

KMCatherwood@duanemorris.com
zshaw@slco.org
david.heller@lw.com
Josef.athanas@lw.com
heiser@chapman.com
mgiugliano@mklawnyc.com
harveystrickon@paulhastings.com
jdavis@dwboston.com
don@hackerwillig.com
Bank.notes@sowood.com
eshea@hackerwillig.com
jcarlton@wtplaw.com
dbarney@gibbonslaw.com
mconlan@gibbonslaw.com
InvestorRelations@sunstonehotels.com
sabilaw@aol.com
ppartee@hunton.com
rdepace@qwest.net
audrey.e.prashker@verizon.com
john.a.bertolini@verizon.com
peter.d.rutherford@verizon.com
theresa.fogliano@verizon.com
neal.mann@oag.state.ny.us
bankruptcycourt@kelleydrye.com
drosner@kasowitz.com
dgoldberg@kasowitz.com
abenenati@kasowitz.com
sbernstein@kasowitz.com
mrotbert@rotbertlaw.net
Bankruptcy.Gene@ci.denver.co.us
laurie.heydman@ci.denver.co.us
patrick.healy@lawdeb.com
djury@usw.org
alaughlin@wileyrein.com
dtrache@wileyrein.com
vmorrison@wileyrein.com
dtrache@wileyrein.com
akolod@mosessinger.com
amallan@mosessinger.com
ktung@dgdk.com
ABrilliant@goodwinprocter.com
EGrillo@goodwinprocter.com
CDruehl@goodwinprocter.com
MCostello@goodwinprocter.com
ross.rosenfelt@db.com
stephanie.wickouski@dbr.com
kristin.going@dbr.com
jmanning@goodwin.com
mcohen@kayescholer.com
adanker@kayescholer.com
kellymartin@lawa.org
lmayo@lawa.org
bblaustein@kelleydrye.com
leonrosenblatt@earthlink.net
jkahane@duanemorris.com

Northwest Airlines, Inc. Email Service List

RWRoten@duanemorris.com
dmcguire@winston.com
mcohn@winston.com
james.grudus@att.com
jtrachtman@kramerlevin.com
acaton@kramerlevin.com
gnovod@kramerlevin.com
christina.harper@azag.gov
ag.inquiries@azag.gov
bankruptcy@goodwin.com
nauerbach@lskslaw.com
anasuti@tokn.com
nmanty@felhaber.com
alarcher@co.riverside.ca.us

ctrinko@trinko.com
jrtaylor@steptoe.com