# **<u>EXHIBIT B</u>**

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:deadmail
Message-Id:<3490462@nysd.uscourts.gov>
Subject:Activity in Case 1:07-cv-05658-UA In Re: Northwest Airlines Corporation
Mail Letter of Notification to Bankruptcy Court
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 6/19/2007 at 2:33 PM EDT and filed on 6/19/2007
**Case Name:**      In Re: Northwest Airlines Corporation
**Case Number:**    1:07-cv-5658
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Mailed letter to the United States Bankruptcy Court - Southern District of New York as notification of filing of Bankruptcy Notice of Appeal (Case Number: 05-B-17930 (ALG).) with the U.S.D.C. - S.D.N.Y. and the assignment of S.D.N.Y. Case Number: 07-cv-5658 (UA). (laq)


**1:07-cv-5658 Notice has been electronically mailed to:**
Curtis Victor Trinko  ctrinko@trinko.com
Gregory M Petrick, Sr  gregory.petrick@cwt.com

**1:07-cv-5658 Notice has been delivered by other means to:**