# **EXHIBIT C**

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:deadmail
Message-Id:<3490468@nysd.uscourts.gov>
Subject:Activity in Case 1:07-cv-05658-UA In Re: Northwest Airlines Corporation
Mail Notice to Attorney(s)
```
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 6/19/2007 at 2:33 PM EDT and filed on 6/19/2007

**Case Name:**           In Re: Northwest Airlines Corporation
**Case Number:**        1:07-cv-5658
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Mailed notice to the attorney(s) of record. (laq)

**1:07-cv-5658 Notice has been electronically mailed to:**
Curtis Victor Trinko  ctrinko@trinko.com
Gregory M Petrick, Sr  gregory.petrick@cwt.com

**1:07-cv-5658 Notice has been delivered by other means to:**