Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
Ingrid Bagby (IB 3844)
Nathan A. Haynes (NH 4955)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

Attorneys for Appellees

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN, <br><br> Appellants, <br><br> -against- <br><br> NORTHWEST AIRLINES CORPORATION, et al., <br><br> Appellees. | Case No. 07-cv-05658 (JGK) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ingrid Bagby, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Mark C. Ellenberg, Esq. in connection with this case.

USActive 12343797.1

|   |   |
|---|---|
| Firm Name: | Cadwalader Wickersham & Taft LLP |
| Address: | 1201 F Street N.W., Suite 1100, |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | (202) 862-2200 |
| Fax Number: | (202) 862-2400 |

Mr. Ellenberg is a member in good standing of the Bar of the District of Columbia and is admitted to practice in the United States District Court for the District of Columbia. There is no pending disciplinary proceeding against Mr. Ellenberg in any State or Federal Court.

Dated:   March 21, 2008
         New York, New York

                                Respectfully submitted,

                                _____
                                Ingrid Bagby (SDNY Bar: 3844)
                                Cadwalader, Wickersham & Taft LLP
                                One World Financial Center
                                New York, New York  10281
                                Telephone:  (212) 504-6000
                                Facsimile:  (212) 504-6666

Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
Ingrid Bagby (IB 3844)
Nathan A. Haynes (NH 4955)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

Attorneys for Appellees

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,<br><br>　　　　　　　　　　　　　Appellant,<br><br>-against-<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>　　　　　　　　　　　　　Appellees. | Case No. 07-cv-05658 (JGK) |

### DECLARATION OF INGRID BAGBY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Ingrid Bagby, hereby declares as follows:

1.    I am a member of Cadwalader, Wickersham & Taft LLP, counsel to Northwest Airlines Corporation, et. al.  I make this statement based on my personal knowledge of the facts set forth herein and submit this declaration in support of Appellees' motion to admit Mark C. Ellenberg *pro hac vice* before the United States District Court for the Southern District of New York in the above-captioned matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to practice before this Court, and am in good standing with this Court.

3. I have known Mr. Ellenberg since 1998.

4. Mr. Ellenberg is a partner with the firm Cadwalader Wickersham & Taft LLP, is a member in good standing of the Bar of the District of Columbia and is admitted to practice in the United States District Court for the District of Columbia. Mr. Ellenberg has not been subject to any disciplinary proceedings in any state or federal court. Mr. Ellenberg's address is: Cadwalader Wickersham & Taft LLP, 1201 F. Street, N.W. Suite 1100, Washington, DC 20004. Mr. Ellenberg's e-mail address is mark.ellenberg@cwt.com, and his phone number is (202) 862-2200.

5. I have found Mr. Ellenberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Mr. Ellenberg, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Ellenberg, *pro hac vice*, which is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

WHEREFORE it is respectfully requested that the motion to admit Mark C. Ellenberg, *pro hac vice*, to represent Appellees in the above captioned matter, be granted.

Dated:   New York, New York
         March 21, 2008

                                             Respectfully submitted,

                                             /s/ J. Bagby
                                             _____
                                             INGRID BAGBY
                                             SDNY Bar Code: 3844

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,<br><br>　　　　　　　　　Appellant,<br><br>-against-<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>　　　　　　　　　Appellees. | Case No. 07-cv-05658 (JGK)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Please take notice that upon the motion of Ingrid Bagby and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that Mark C. Ellenberg, Esq. of Cadwalader Wickersham & Taft LLP, 1201 F Street N.W., Suite 1100, Washington, DC 20004 (Telephone: (202) 862-2200; Facsimile: (202) 862-2400; Email: mark.ellenberg@cwt.com) is admitted *pro hac vice* as counsel for Appellees in the above captioned case pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

USActive 12343771.1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008
       New York, New York

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK C. ELLENBERG

was on the 25TH day of NOVEMBER, 1975 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,<br><br>                              Appellants,<br><br>-against-<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                              Appellees. | Case No. 07-cv-05658 (JGK)<br><br>**<u>AFFIDAVIT OF SERVICE</u>** |

STATE OF NEW YORK:
                    : SS
COUNTY OF NEW YORK:

  Roddie Don Daniels, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

  2. On the 21st day of March, 2008, I served a true and correct copy of the

    •  Notice of Motion

USActive 12357046.1

-2-

by depositing a true copies thereof enclosed in an official depository under the exclusive care and custody of the US Postal service within the city and state of New York, addressed to the following:

c/o Curtis V. Trinko, Esq.
Jeffrey B. Silverstein, Esq.
Kinny W. Chan, Esq.
16 West 46th Street, 7th Floor
New York, NY 10036
Attn:   Bruce W. Cress
       Walter Boulden
       Mark A. Knudsen
       Christopher J. Parkyn
       Amanda R. Ochubauer
       Bernard C. Larkin

Fidiciuary Counselors Inc.
Attn:   Neil Hennessy
700 12th Street NW
Suite 700
Washington, DC 20005

Steptoe & Johnson LLP
Attn:   Joshua R. Taylor, Esq.
1330 Connecticut Avenue, NW
Washington, DC 20036

                                            Roddie Don Daniels

Sworn to before me on this
21st day of March 2008

OWENS RIDGES JR
Notary Public, State of New York
No. 24-4992070
Qualified in Kings County
Certificate Filed in New York County
Commission Expires February 18, 2010