```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,<br><br>                                        Appellant,<br><br>-against-<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                                        Appellees. | Case No. 07-cv-05658 (JGK)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Please take notice that upon the motion of Ingrid Bagby and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that Mark C. Ellenberg, Esq. of Cadwalader Wickersham & Taft LLP, 1201 F Street N.W., Suite 1100, Washington, DC 20004 (Telephone (202) 862-2200; Facsimile: (202) 862-2400; Email: mark.ellenberg@cwt.com) is admitted *pro hac vice* as counsel for Appellees in the above captioned case pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

USActive 12343771.1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 3/24, 2008
New York, New York

_____
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE