UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                        07 Civ. 5658 (JGK)

NORTHWEST AIRLINES CORPORATION, et al.   ORDER

    Debtors.

---

JOHN G. KOELTL, District Judge:

The appellants' response to the appellees' motion to dismiss the appeal is due **April 14, 2008**. The appellees should reply by **April 23, 2008**.

SO ORDERED.

Dated:   New York, New York
         March 24, 2008

                                    _____
                                         John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08