UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,<br><br>　　　　　　　　　　　Appellants,<br><br>　　　　-against-<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>　　　　　　　　　　　Appellees. | Case No. 07-cv-05658 (JGK) |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　)

ROSS MATRAY, being duly sworn, deposes and says:

1.　　I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC), 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.　　On March 21, 2008, I caused to be served the following:

　　a)　"Notice of Motion," [Docket No. 5], dated March 21, 2008, and

　　b)　"Appellees' Memorandum of Law In Support of Motion to Dismiss Appeal of Bruce W. Cress et al. for Failure to Timely File Brief," [Docket No. 6], dated March 21, 2008,

　　c)　"Declaration of Nathan A. Haynes In Support of Memorandum of Law In Support of Motion to Dismiss Appeal of Bruce W. Cress et al. for Failure to Timely File Brief," [Docket No. 7], dated March 21, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "A", and by electronic mail to those parties listed on the annexed Exhibit "B".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Ross Matray

Sworn to before me this
25th day of March, 2008

_____
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 2010

**EXHIBIT "A"**

Curtis V. Trinko, Esq.
Jeffrey B. Silverstein, Esq.
Kinny W. Chan, Esq
16 West 46 Street, 7th Fl
NY, NY 10036
Attn:   Bruce W. Cress
        Peter Ochabauer
        Walter Boulden
        Mark A. Knudsen
        Christopher J. Parkyn
        Amanda R. Ochubauer
    Bernard C. Larkin



Fidicuiary Counselors Inc.
Attn: Neil Hennessy
700 12th Street NW, Suite 700
Washington, DC 20005


Steptoe & Johnson LLP
Attn: Joshua R. Taylor, Esq.
1330 Connecticut Ave., NW
Washington, DC 20036

**EXHIBIT "B"**

ctrinko@trinko.com
jrtaylor@steptoe.com