UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>             Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,<br><br>             Appellant,<br><br>       -against-<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>             Appellees. | Case No. 07-cv-05658 (JGK) |

<u>AFFIDAVIT OF MAILING</u>

STATE OF NEW YORK   )
            ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 25, 2008, I caused to be served true and correct copies of the "Order For Admission Pro Hac Vice On Written Motion," [Docket No. 9], dated March 24, 2008, to be delivered by facsimile to those parties listed on the annexed Exhibit "A", using the facsimile cover sheet as presented in the annexed Exhibit "B".

                        /s/ Eleni Manners
                        Eleni Manners

Sworn to before me this
25th day of March, 2008

/s/ Ross Matray
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\NWA\Affidavits\NW Cress Dist Court Case - Order re Pro Hac_Aff 3-25-08.doc

**EXHIBIT A**

| | |
|---|---|
| **Curtis Victor Trinko**<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, Seventh Floor<br>New York, NY 10036 | Fax: 212.986.0158 |
| **Joshua R. Taylor, Esq.**<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 | Fax: 202.429.3902 |
| **Neil Hennessy**<br>Fiduciary Counselors Inc.<br>700 12th Street NW, Suite 700<br>Washington, DC 20005 | Fax: 202.558.5140 |

# EXHIBIT B

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

### Facsimile

| From: | Fax: | Tel: |
|---|---|---|
| Nathan A. Haynes | 212 504 6666 | 212 504 5579 |
|  | Pages: | Date: 03/25/08 |

| For Immediate Delivery To: | Fax: | Tel: |
|---|---|---|
| **Curtis Victor Trinko**<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, Seventh Floor<br>New York, NY 10036 | 212-986-0158 | |
| **Joshua R. Taylor, Esq.**<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 | 202.429.3902 | |
| **Neil Hennessy**<br>Fiduciary Counselors Inc.<br>700 12th Street NW, Suite 700<br>Washington, DC 20005 | 202.558.5140 | |

**Message:**

IRS Circular 230 Legend:  Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated herein, you should assume that any statement herein relating to any U.S. federal, state, or local tax matter was written to support the promotion or marketing by other parties of the transaction(s) or matter(s) addressed herein. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If a reader of the facsimile message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the address above.

Please call 212 993 2919 if there are transmission problems.