UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**NORTHWEST AIRLINES CORPORATION, et al.,**<br><br>　　　　　　　　　　　　　　　**Debtors.** | **Chapter 11**<br><br>**Case No. 05-17930 (ALG)**<br><br>**Jointly Administered** |
| **BRUCE W. CRESS, PETER OCHABAUER, WALTER BOULDEN, MARK A. KNUDSEN, CHRISTOPHER J. PARKYN, AMANDA R. OCHABAUER, AND BERNARD C. LARKIN,**<br><br>　　　　　　　　　　　　　　　**Appellants,**<br><br>　　　　　　　-against-<br><br>**NORTHWEST AIRLINES CORPORATION, et al.,**<br><br>　　　　　　　　　　　　　　　**Appellees.** | **Case No. 07-cv-05658 (JGK)** |

AFFIDAVIT OF MAILING

STATE OF NEW YORK　　　　　)
　　　　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　　　)

ELENI MANNERS, being duly sworn, deposes and says:

1.　I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.　On April 23, 2008, I caused to be served true and correct copies of the "Appellees' Reply to Appellants' Opposition to Motion to Dismiss Appeal," [Docket No. 14], dated April 23, 2008, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "A" and by electronic mail to those parties listed on the annexed Exhibit "B".

3.　All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　_Eleni Manners_
　　　　　　　　　　　　　　　　　　　　　　Eleni Manners

Sworn to before me this
28th day of April, 2008

_Ross Matray_
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2012

T:\Clients\NWA\Affidavits\Rev Cress Reply_Aff 4-23-08.doc

**EXHIBIT A**

1. c/o Curtis V. Trinko, Esq.
   Jeffrey B. Silverstein, Esq.
   Kinny W. Chan, Esq.
   16 West 46 Street, 7th Fl
   NY, NY 10036
   Attn:   Bruce W. Cress
           Peter Ochabauer
           Walter Boulden
           Mark A. Knudsen
           Christopher J. Parkyn
           Amanda R. Ochabauer
           Bernard C. Larkin

2. Fiduciary Counselors Inc.
   Attn: Neil Hennessy
   700 12th Street NW, Suite 700
   Washington, DC 20005

3. Steptoe & Johnson LLP
   Attn: Joshua R. Taylor, Esq.
   1330 Connecticut Ave., NW
   Washington, DC 20036

**EXHIBIT B**

ctrinko@trinko.com
jrtaylor@steptoe.com