USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                          07 Civ. 5658 (JGK)

**NORTHWEST AIRLINES CORPORATION, et al.**     ORDER

        Debtors.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on May 30, 2008, the appellees' motion to dismiss pursuant to Federal Rule of Bankruptcy Procedure 8009 is **granted**. The Clerk is directed to enter judgment and to close this case.

SO ORDERED.

Dated:    New York, New York
           May 31, 2008

                                      John G. Koeltl
                                  United States District Judge