UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

NORTHWEST AIRLINES CORPORATION, et al.,

                    Debtors.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/26/08

07 CIVIL 5658 (JGK)

**JUDGMENT**

      Whereas the above-captioned having come before this Court, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on May 31, 2008, having rendered its Order granting appellees' motion to dismiss pursuant to Federal Rule of Bankruptcy Procedure 8009, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2008, appellees' motion to dismiss pursuant to Federal Rule of Bankruptcy Procedure 8009 is granted; accordingly, the case is closed.

**Dated:** New York, New York
          June 26, 2008

                                                **J. MICHAEL McMAHON**

                                                 Clerk of Court
                        BY:

                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____